

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2019

No. 04-19-00799-CV

**IN THE INTEREST OF B.R.W., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11037
The Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

A copy of Appellant's notice of appeal was filed in this court on November 14, 2019. The notice does not certify that it was served on each court reporter responsible for preparing the reporter's record. *Contra* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

In our November 14, 2019 letter, we instructed Appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s) by November 25, 2019. To date, Appellant has not filed an amended notice of appeal.

We ORDER David Wickizer to file an amended notice of appeal in compliance with section 51.017(a) within TEN DAYS of the date of this order. *See id.* If Appellant fails to timely file the amended notice, we will order David Wickizer to appear before this court and show cause why he should not be held in contempt for failing to file the amended notice of appeal.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court